IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HALEY IP LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No. 2:22-cv-00230-JRG-RSP |
| BRIDGESTONE AMERICAS, INC., d/b/a | § | |
| AZUGA, INC. | § | |
| | § | |
| Defendant. | § | |
| | § | |

## REPLY IN SUPPORT OF DEFENDANT AZUGA, INC.'S
## 12(b)(3) and 12(b)(5) MOTION TO DISMISS OR TRANSFER VENUE

Plaintiff Haley IP LLC ("Plaintiff") filed no opposition to Azuga, Inc.'s ("Azuga") 12(b)(3) and 12(b)(5) Motion to Dismiss or Transfer Venue [Doc. 10] (the "Motion") within the time prescribed by the Court [Doc. 19]. Because Plaintiff did not timely file an opposition to the Motion, there is a presumption that Plaintiff does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion. L.R. CV-7(d). Therefore, Azuga respectfully requests the Court dismiss Plaintiff's claims against it based on improper service of process and/or improper venue, as described in the Motion.

Respectfully submitted,

*/s/ Jeffrey S. Patterson*
**JEFFREY S. PATTERSON – Attorney in charge**
State Bar No. 15596700
jpatterson@hartlinebarger.com
**DREW M. THOMAS**
State Bar No. 24086841
dthomas@hartlinebarger.com
**MATT BROWER**
State Bar No. 24094563
mbrower@hartlinebarger.com
**HARTLINE BARGER LLP**
8750 North Central Expressway, Suite 1600
Dallas, Texas 75231
(214) 369-2100
(214) 369-2118 (fax)

**ATTORNEYS FOR DEFENDANT**
**AZUGA, INC.**

## CERTIFICATE OF SERVICE

On the 30th day of September 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties pursuant to the Federal Rules of Civil Procedure.

*/s/ Jeffrey S. Patterson*