# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HALEY IP LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:22-cv-0230-JRG-RSP |
| | § | (LEAD) |
| BRIDGESTONE AMERICAS, INC. d/b/a | § | |
| AZUGA, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Defendant Azuga, Inc. previously moved to dismiss for improper venue. Dkt. No. 10. Magistrate Judge Payne entered a Report and Recommendation, Dkt. No. 36, recommending the motion be granted. Plaintiff Haley IP LLC has filed an objection. Dkt. No. 40.

After conducting a *de novo* review of the briefing on the motion to dismiss for improper venue, the Report and Recommendation, and the briefing on Haley IP, LLC's objection, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the objection fails to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Haley IP, LLC's objection, **ADOPTS** the Report and Recommendation, and **ORDERS** that Azuga, Inc.'s motion to dismiss for improper venue, Dkt. No. 10, is **GRANTED** and all claims against Azuga, Inc. herein are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **MAINTAIN AS OPEN** the above-captioned case.

**So ORDERED and SIGNED this 18th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE